CASE # CV44530                           COURT: 62ND JUDICIAL DISTRICT              05/13/2021
CAUSE: CONTR-CONSUM/COMM/DEBT
STYLE: DNJ-SS CHILD CARE OF SULPHER    VS REPUBLIC FRANKLIN INSURANCE
       SPRINGS LLC D/B/A LITTLE           COMPANY
       TEXANS LEARNING CENTER

                                    PLAINTIFF

NAME _____                ATTORNEY _____

DNJ-SS CHILD CARE OF SULPHER    P                        PATTERSON,SEAN
SPRINGS DBA LITTLE TEXANS                                516 HEIGHTS BLVD.
516 HEIGHTS BOULEVARD
HOUSTON, TX 77007                                        HOUSTON, TX 77007
   -   -                                                 844-662-7552

                                    DEFENDANT

NAME _____        A CERTIFIED COPY          ATTORNEY _____

REPUBLIC FRANKLIN INSURANCE CO  D        ATTEST: _____
11910 GREENVILLE AVENUE                  CHERYL FULCHER, DISTRICT CLERK
SUITE 600                                  HOPKINS COUNTY, TEXAS
DALLAS, TX 75243                         BY__ Cindy Cavness ___ DEPUTY
                                         DATE: __5-13-2021_____

TRANSACTIONS FOR ALL PARTIES                                     /  /      THRU    /  /

12/22/2020          PLAINTIFF DNJ-SS CHILD CARE OF SULPHUR SPRINGS LLC          I    22
DNJ-SS CHILD CARE   D/B/A LITTLE TEXANS LEARNING CTR ORG. PETITION/HH
12/22/2020          CHARGES ASSESSED BY EFILE                         364.00-
DNJ-SS CHILD CARE   EFILE ENVELOPE ID:49173966
12/22/2020          PAYMENT RECEIVED THRU EFILE                       364.00
DNJ-SS CHILD CARE   EFILE SUBMITTER ID: JACKSON,ADRIENNE COURT ID: HOP
12/22/2020          COPY OF CERTIFIED MAIL CITATION/REPUBLIC FRANKLIN          I     1
DNJ-SS CHILD CARE   INSURANCE COMPANY/HH
12/22/2020          CERTIFIED MAIL RECEIPT/HH                                  I     1
DNJ-SS CHILD CARE
12/28/2020          GREEN CARD RETURNED/REPUBLIC FRANKLIN INS CO/HH            I     1
DNJ-SS CHILD CARE
02/05/2021          CERTIFIED MAIL CITATION RETURNED UNCLAIMED/                I     2
DNJ-SS CHILD CARE   REPUBLIC FRANKLIN INSURANCE/HH
03/11/2021          REQUEST FOR CITATION TO BE ISSUED BY CERTIFIED            I     2
DNJ-SS CHILD CARE   MAIL TO REPUBLIC FRANKLIN INSURANCE/MM
03/11/2021          CHARGES ASSESSED BY EFILE                         47.00-
DNJ-SS CHILD CARE   EFILE ENVELOPE ID:51397848
03/11/2021          PAYMENT RECEIVED THRU EFILE                       47.00
DNJ-SS CHILD CARE   EFILE SUBMITTER ID: JACKSON,ADRIENNE COURT ID: HOP
03/12/2021          CERTIFIED MAIL RECEIPT RETURNED/                           I     1
DNJ-SS CHILD CARE   REPUBLIC FRANKLIN INSURANCE CO./MM
03/12/2021          CITATION ISSUED BY CERTIFIED MAIL/                         I     1
DNJ-SS CHILD CARE   REPUBLIC FRANKLIN INSURANCE CO./MM(WRONG ISSUANCE)
03/18/2021          REISSUED CIT BY CERT. MAIL(NO CHARGE) /REG. AGENT          I     1
DNJ-SS CHILD CARE   RICHARD MAYER/ REPUBLIC FRANKLIN INSURANCE CO./MM
03/22/2021          GREEN CARD RETURNED/REPUBLIC FRANKLIN INS CO/              I     1
DNJ-SS CHILD CARE   SIGNED/MM
03/23/2021          CERTIFIED MAIL RECEIPT RETURNED/REPUBLIC FRANKLIN          I     1
DNJ-SS CHILD CARE   INSURANCE COMPANY/MM

                                    **EXHIBIT B**

Filed 12/22/2020 1:50 PM
Cheryl Fulcher
District Clerk
Hopkins County, Texas

Heather Harrison

CAUSE NO. **CV44530**

| | | |
|---|---|---|
| **DNJ-SS CHILD CARE OF SULPHER** | § | **IN THE DISTRICT COURT** |
| **SPRINGS LLC D/B/A LITTLE TEXANS** | § | |
| **LEARNING CENTER** | § | |
| | § | **HOPKINS COUNTY, TEXAS** |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | |
| | § | **62nd   JUDICIAL DISTRICT** |
| | § | |
| **REPUBLIC FRANKLIN INSURANCE** | § | |
| **COMPANY** | | |
| *Defendant* | | |

---

### PLAINTIFF DNJ-SS CHILD CARE OF SULPHER SPRINGS LLC D/B/A LITTLE TEXANS LEARNING CENTER'S ORIGINAL PETITION

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

  **COMES NOW,** DNJ-SS Child Care of Sulpher Springs LLC d/b/a Little Texans Learning Center, (hereinafter referred to as "Plaintiff"), complaining of Republic Franklin Insurance Company, (hereinafter referred to as "Defendant") and for cause of action would respectfully show unto this Honorable Court and Jury as follows:

#### <u>DISCOVERY CONTROL PLAN</u>

1. Plaintiff intends for discovery to be conducted under Level 3 of Texas Rule of Civil Procedure 190.4 and affirmatively pleads that this suit is not governed by the expedited-actions process of Texas Rule of Civil Procedure 169 because Plaintiff seeks monetary relief of over $100,000.00.

#### <u>PARTIES</u>

2. Plaintiff is an individual residing in Hopkins County, Texas.

---

Copy from re:SearchTX

**EXHIBIT B-1**

3.   Republic Franklin Insurance Company is a foreign insurance company engaging in the business of insurance in the State of Texas. Defendant may be served with process by serving its registered agent of service, Richard Mayer located at the following address: 11910 Greenville Avenue, Suite 600, Dallas, TX 75243-9332.

### JURISDICTION

4.   The Court has jurisdiction over this cause of action because the amount in controversy is within the jurisdictional limits of the Court.

5.   The Court has jurisdiction over Defendant Republic Franklin Insurance Company because Defendant is a foreign insurance company that engages in the business of insurance in the State of Texas and Plaintiff's causes of action arise out of Defendant's business activities in the State of Texas.  Specifically, Republic Franklin Insurance Company sought out and marketed for insurance in Texas and has "purposefully availed" itself of the privilege of conducting activities in Texas.  *Kelly v. General Interior Constr., Inc.*, 301 S.W.3d 653, 660-61 (Tex. 2010).

### VENUE

6.   Venue is proper in Hopkins County, Texas, because the Property is situated in Hopkins County, Texas. TEX. CIV. PRAC. & REM. CODE § 15.032.

### FACTS

7.   Plaintiff purchased a policy from Defendant Republic Franklin Insurance Company, (hereinafter referred to as "the Policy"), which was in effect at the time of loss.

---

Copy from re:SearchTX

**EXHIBIT B-1**

8.  The Policy was purchased to insure Plaintiff's property, (hereinafter referred to as "the Property"), which are located at 1215 Davis Street South, Sulphur Springs, Texas 75482.

9.  Defendant Republic Franklin Insurance Company and/or its agent sold the Policy insuring the Property to Plaintiff.

10. Plaintiff is a "consumer" as defined under the Texas Deceptive Trade Practices Act ("DTPA") because it is an individual who sought or acquired by purchase or lease, goods or services, for commercial, personal or household use.

11. On or about March 24, 2019, Plaintiff experienced a severe weather-related event which caused substantial damage to the Properties and surrounding homes and businesses in the area. The Property's damage constitutes a covered loss under the Policy issued by Defendant Republic Franklin Insurance Company.

12. Defendant performed an unreasonable and insufficient investigation of the claim. Defendant failed to document all the damage to the property caused by the storms in question. Although damage was covered under the policy, Defendant wrongly excluded the damage to the property, including damage to the roofs. Defendant wrongly under-scoped the damage to the property and did not give the full allowance to restore the property to its pre-loss conditions.

13. The storm caused damage to the property's roof, including damage to the metal panels and other structural parts of the roof. Storm created openings allowed water intrusion to cause interior damage to the property. The significant damage to the property required full replacement of the damage items.

14. Defendant intentionally did not properly inspect and failed to give an allowance to repair all the damage caused by the storm. Defendant wrongly determined the damage to be cosmetic although the storm

---

Copy from re:SearchTX

**EXHIBIT B-1**

compromised the ability of the roof to shed water. This was intentionally done by Defendant to deny full replacement of the roof. Defendant wrongly concluded the interior damage was not caused by a storm created opening.

15. Defendant Republic Franklin Insurance Company wrongfully underpaid Plaintiff's claim and refused to issue a full and fair payment for the covered loss as was rightfully owed under the Policy.

16. Specifically, Defendant, independently and through its assigned adjuster, intentionally and knowingly conducted a substandard investigation of the Property.  This is evidenced by Defendant's assigned adjuster's estimate, which failed to include all necessary items Plaintiff is entitled to under the Policy to place the Property in a pre-loss condition.

17. Defendant's estimate did not allow for adequate funds to cover the cost of repairs and therefore grossly undervalued all of the damages sustained to the Property. As a result of Defendant's conduct, Plaintiff's claim was intentionally and knowingly underpaid.

18. Defendant Republic Franklin Insurance Company failed to perform its contractual duties to adequately compensate Plaintiff under the terms of the Policy.  Specifically, Defendant refused to pay the full proceeds owed under the Policy. Due demand was made by Plaintiff for proceeds to be in an amount sufficient to cover the damaged Property.

19. As a result of Defendant's wrongful acts and omissions, Plaintiff was forced to retain the professional services of McClenny Moseley & Associates, PLLC, who is representing Plaintiff with respect to these causes of action.

Copy from re:SearchTX

**EXHIBIT B-1**

## AGENCY

20. Plaintiff hereby incorporates by reference all facts and circumstances set forth under the foregoing paragraphs.

21. All acts by Defendant Republic Franklin Insurance Company were undertaken and completed by its officers, agents, servants, employees, and/or representatives. All such acts were either done with the full authorization or ratification of Defendant Republic Franklin Insurance Company and/or were completed in its normal and routine course and scope of employment.

22. Defendant and Defendant's assigned adjuster's conduct constitutes multiple violations of the Texas Insurance Code, Unfair Settlement Practices. TEX. INS. CODE § 541.060(a). All violations under this subsection are made actionable by TEX. INS. CODE § 541.151.

23. Defendant is liable for the unfair and deceptive acts of its assigned adjuster because he/she meets the definition of a "person" as defined by the Texas Insurance Code. The term "person" is defined as "any individual, corporation, association, partnership, reciprocal or inter insurance exchange, Lloyds plan, fraternal benefit society, or other legal entity engaged in the business of insurance, including an agent, broker, *adjuster* or life and health insurance counselor." TEX. INS. CODE §541.002(2) (emphasis added); *see also Liberty Mutual Ins. Co. v. Garrison Contractors, Inc.* 966 S.W.2d 482, 484 (Tex. 1998) (holding an insurance company employee to be a person for the purpose of bringing a cause of action against them under the Texas Insurance Code and subjecting them to individual liability).

Copy from re:SearchTX

**EXHIBIT B-1**

## BREACH OF CONTRACT

24. Plaintiff hereby incorporates by reference all facts and circumstances set forth under the foregoing paragraphs.

25. Defendant Republic Franklin Insurance Company's conduct constitutes a breach of the insurance contract made between Defendant Republic Franklin Insurance Company and Plaintiff. According to the Policy, which Plaintiff purchased, Defendant Republic Franklin Insurance Company had the absolute duty to investigate Plaintiff's damages, and pay Plaintiff policy benefits for the claims made due to the extensive storm-related damages.

26. As a result of the storm-related event, Plaintiff suffered extreme weather related damages. Despite objective evidence of weather related damages provided by Plaintiff and its representatives, Defendant Republic Franklin Insurance Company breached its contractual obligations under the Policy by failing to pay Plaintiff cost related benefits to properly repair the Property, as well as for related losses associated with the subject loss event.  As a result of this breach, Plaintiff has suffered additional actual and consequential damages.

## VIOLATIONS OF THE TEXAS DECEPTIVE TRADE PRACTICES ACT

27. Plaintiff hereby incorporates by reference all facts and circumstances set forth under the foregoing paragraphs.

28. Defendant and/or its assigned adjuster engaged in false, misleading, or deceptive acts or practices that constitute violations of the Texas Deceptive Trade Practices Act ("DTPA"), which is codified in the Texas Business and Commerce Code ("TEX. BUS. & COM. CODE"), including but not limited to:

Copy from re:SearchTX

**EXHIBIT B-1**

A.  Using or employing an act or practice in violation of the Texas Insurance Code (§ 17.50(a)(4));

B.  Unreasonably delaying the investigation, adjustment, settlement offer and prompt resolution of Plaintiff's claim (TEX. INS. CODE § 541.060(a)(2)-(5));

C.  Failure to properly investigate Plaintiff's claim (§ 541.060(7)); and/or

D.  Hiring and relying upon a biased adjuster, in this case Defendant's assigned adjuster, to obtain a favorable, results-oriented report, and to assist Defendant in severely underpaying and/or denying Plaintiff's damage claim (TEX. BUS. & COM. CODE § 17.46(31)).

29. By Defendant Republic Franklin Insurance Company representing that they would pay the entire amount needed by Plaintiff to repair the damages caused by the weather-related event and then not doing so, Defendant has violated §§ 17.46 (b)(5), (7), (12).

30. Defendant Republic Franklin Insurance Company has breached an express warranty that the damage caused by the storm-related event would be covered under Policy.  This breach entitles Plaintiff to recover under §§ 17.46 (b) (12), (20); 17.50 (a)(2).

31. Defendant Republic Franklin Insurance Company's actions, as described herein, are unconscionable in that Defendant took advantage of Plaintiff's lack of knowledge, ability, and experience to a grossly unfair degree.  Therefore, Defendant's unconscionable conduct gives Plaintiff the right to relief under § 17.50(a)(3).

Copy from re:SearchTX

**EXHIBIT B-1**

32. Defendant Republic Franklin Insurance Company's conduct, acts, omissions, and failures, as described in this Original Petition, are unfair practices in the business of insurance and are in violation of § 17.50 (a)(4).

33. Plaintiff is a consumer, as defined under the DTPA, and relied upon these false, misleading, and/or deceptive acts and/or practices, made by Defendant Republic Franklin Insurance Company, to its detriment.  As a direct and proximate result of Defendant's collective acts and conduct, Plaintiff has been damaged in an amount in excess of the minimum jurisdictional limits of this Court, for which Plaintiff now sues.  All of the aforementioned acts, omissions, and failures of Defendant are a producing cause of Plaintiff's damages which are described in this Original Petition.

34. Because Defendant's collective actions and conduct were committed knowingly and intentionally, in addition to all damages described herein, Plaintiff is entitled to recover mental anguish damages and additional penalty damages, in an amount not to exceed three times such actual damages. § 17.50(b)(1).

35. As a result of Defendant's unconscionable, misleading, and deceptive actions and conduct, Plaintiff has been forced to retain the legal services of the undersigned attorneys to protect and pursue these claims on its behalf.  Accordingly, Plaintiff also seeks to recover its costs and reasonable and necessary attorney's fees as permitted under § 17.50(d), as well as any other such damages to which Plaintiff may show itself to be justly entitled by law and in equity.

## **VIOLATIONS OF THE TEXAS INSURANCE CODE**

36. Plaintiff hereby incorporates by reference all facts and circumstances set forth within the foregoing paragraphs.

Copy from re:SearchTX

**EXHIBIT B-1**

37. Defendant and/or its assigned adjuster's actions constitute violations of the Texas Insurance Code ("TEX. INS. CODE"), Chapters 541 and 542, including but not limited to:

    A.  Misrepresenting to Plaintiff pertinent facts or policy provisions relating to the coverage at issue (TEX. INS. CODE § 541.060(a)(1));

    B.  Failing to attempt, in good faith, to effectuate a prompt, fair and equitable settlement of a claim with respect to which the insurer's liability has become reasonably clear (§ 541.060(a)(2)(A));

    C.  Refusing, to pay a claim without conducting a reasonable investigation with respect to the claim (§ 541.060(a)(7));

    D.  Forcing Plaintiffs to file suit to recover amounts due under the policy by refusing to pay all benefits due (§ 542.003(b)(5));

    E.  Engaging in false, misleading, and deceptive acts or practices under the DTPA (§541.151(2));

38. By its acts, omissions, failures and conduct, Defendant Republic Franklin Insurance Company has engaged in unfair and deceptive acts and practices in the business of insurance. Plaintiff, the insured and beneficiary, has a valid claim as a result of its detrimental reliance upon Defendant Republic Franklin Insurance Company's unfair or deceptive acts or practices. § 541.151(2).

39. Defendant's aforementioned conduct compelled Plaintiff to initiate this lawsuit to recover amounts due under the Policy, by offering substantially less than the amount ultimately recovered. Defendant refused to offer more than the grossly undervalued estimates prepared by Defendant Republic Franklin Insurance

---

Copy from re:SearchTX

**EXHIBIT B-1**

Company and/or Defendant's assigned adjuster, despite knowing the actual damages were much greater than what was offered. Defendant's continued refusal to offer compelled Plaintiff to file suit. § 542.003(5).

40. Since a violation of the Texas Insurance Code is a direct violation of the DTPA, and because Defendant Republic Franklin Insurance Company's actions and conduct were committed knowingly and intentionally, Plaintiff is entitled to recover, in addition to all damages described herein, mental anguish damages and additional penalty damages, in an amount not to exceed three times the amount of actual damages, for Defendant having knowingly, intentionally and/or negligently committed said actions and conduct. § 541.152.

41. As a result of Defendant Republic Franklin Insurance Company's unfair and deceptive actions and conduct, Plaintiff has been forced to retain the legal services of the undersigned attorneys to protect and pursue these claims on its behalf.  Accordingly, Plaintiff also seeks to recover its costs and reasonable and necessary attorney's fees as permitted under TEX. BUS. & COM. CODE § 17.50(d) or TEX. INS. CODE § 541.152 and any other such damages to which Plaintiff may show itself justly entitled by law and in equity.

## BREACH OF THE COMMON LAW DUTY
## OF GOOD FAITH & FAIR DEALING

42. Plaintiff hereby incorporates by reference all facts and circumstances in the foregoing paragraphs.

43. From and after the time Plaintiff's claim was presented to Defendant Republic Franklin Insurance Company, the liability of Defendant to pay the full claim in accordance with the terms of the Policy was more than reasonably clear. However, Defendant has refused to pay Plaintiff in full, despite there being

Copy from re:SearchTX

**EXHIBIT B-1**

no basis whatsoever on which a reasonable insurance company would have relied on to deny full payment. Defendant's conduct constitutes a breach of the common law duty of good faith and fair dealing. *See Viles v. Security National Ins. Co.,* 788 S.W.2d 556, 567 (Tex. 1990) (holding that an insurer has a duty to its insureds to "investigate claims thoroughly and in good faith" and an insurer can only deny a claim after a thorough investigation shows that there is a reasonable basis to deny that claim).

44. For the breach of the common law duty of good faith and fair dealing, Plaintiff is entitled to compensatory damages, including all forms of loss resulting from Defendant's breach of the duty, such additional costs, economic hardship, losses due to nonpayment of the amount owed to Plaintiff, and/or exemplary damages for emotional distress.

## KNOWLEDGE

45. Each of the acts described above, together and singularly, were done "knowingly" and "intentionally," as the terms are used in the Texas Insurance Code, and were a producing cause of Plaintiff's damages described herein.

## DAMAGES

46. Plaintiff will show that all of the aforementioned acts, taken together or singularly, constitute the producing causes of the damages sustained by Plaintiff.

47. For breach of contract, Plaintiff is entitled to regain the benefit of Plaintiff's bargain, which is the amount of Plaintiff's claim, together with attorney's fees.

48. For noncompliance with the Texas Insurance Code, Unfair Settlement Practices, Plaintiff is entitled to actual damages, which include the loss of the benefit that should have been paid pursuant to the Policy,

Copy from re:SearchTX

**EXHIBIT B-1**

court costs and attorney's fees. For knowing conduct of the acts complained of, Plaintiff asks for three times Plaintiff's actual damages. TEX. INS. CODE § 541.152.

49. For noncompliance with Texas Insurance Code, Prompt Payment of Claims, Plaintiff is entitled to the amount of Plaintiff's claim, interest on the claim at the rate of eighteen (18) percent per year, together with attorney's fees. § 542.060.

50. For breach of the common law duty of good faith and fair dealing, Plaintiff is entitled to compensatory damages, including all forms of loss resulting from the insurer's breach of duty, such as additional costs, economic hardship, losses due to nonpayment of the amount the insurer owed, and/or exemplary damages for emotional distress.

51. For the prosecution and collection of this claim, Plaintiff has been compelled to engage the services of the law firm whose name is subscribed to this pleading. Therefore, Plaintiff is entitled to recover a sum for the reasonable and necessary services of Plaintiff's attorneys in the preparation and trial of this action, including any appeals to the Court of Appeals and/or the Supreme Court of Texas.

52. Defendant's acts have been the producing and/or proximate cause of damage to Plaintiff, and Plaintiff seeks an amount in excess of the minimum jurisdictional limits of this Court.

53. More specifically, Plaintiff seeks monetary relief, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney's fees, (in excess of $200,000.00 but less than $1,000,000.00/ in excess of $1,000,000.00).

Copy from re:SearchTX

**EXHIBIT B-1**

## ADDITIONAL DAMAGES & PENALTIES

54. Defendant's conduct was committed knowingly and intentionally.  Accordingly, Defendant is liable for additional damages under the DTPA, TEX. BUS. & COM. CODE § 17.50(b)(1), as well as all operative provisions of the Texas Insurance Code.  Plaintiff is clearly entitled to the 18% damages allowed under TEX. INS. CODE § 542.060.

## ATTORNEY'S FEES

55. In addition, Plaintiff is entitled to all reasonable and necessary attorney's fees pursuant to the Texas Insurance Code, DTPA, and TEX. CIV. PRAC. & REM. CODE §§ 38.001-.005.

## JURY DEMAND

56. Plaintiff demands a jury trial, consisting of citizens residing in Hopkins County, Texas, and tenders the appropriate fee with this Original Petition.

## DISCOVERY

57. Texas Rule of Civil Procedure 47 has been met in this petition. As such, Plaintiff requests that Defendant respond to the Requests for Disclosure, Requests for Production and Interrogatories contained herein:

## I. REQUESTS FOR DISCLOSURE

1. Pursuant to the Texas Rules of Civil Procedure, Plaintiff request that Defendant Republic Franklin Insurance Company, disclose all information and/or material as required by Rule 194.2, paragraphs (a) through (l), and to do so within 50 days of this request.

## II. REQUESTS FOR PRODUCTION

1. Please produce Republic Franklin Insurance Company's complete claim files from the home, regional and local offices, as well as third party adjusters/adjusting firms regarding the subject claim, including

Copy from re:SearchTX

**EXHIBIT B-1**

copies of the file jackets, "field" files and notes, and drafts of documents contained in the file for the premises relating to or arising out of Plaintiff's underlying claim.

2.  Please produce the underwriting files referring or relating in any way to the policy at issue in this action, including the file folders in which the underwriting documents are kept and drafts of all documents in the file.

3.  Please produce a certified copy of the insurance policy pertaining to the claim made subject of this lawsuit, including all underwriting files and insurance applications sent on behalf of Plaintiff in its attempt to secure insurance on the Property, which is the subject of this suit.

4.  Please produce the electronic diary, including the electronic and paper notes made by Republic Franklin Insurance Company's claims personnel, contractors, and third party adjusters/adjusting firms relating to the Plaintiff's claim.

5.  Please produce all emails and other forms of communication by and between all parties in this matter relating to the underlying event, claim or the Property, which is the subject of this suit.

6.  Please produce the adjusting reports, estimates and appraisals prepared concerning Plaintiff's underlying claim.

7.  Please produce the field notes, measurements and file maintained by the adjuster(s) and engineers who physically inspected the Property, which is the subject of this suit.

8.  Please produce the emails, instant messages and internal correspondence pertaining to Plaintiff's underlying claim.

Copy from re:SearchTX

**EXHIBIT B-1**

9. Please produce the videotapes, photographs and recordings of Plaintiff or Plaintiff's home, regardless of whether Republic Franklin Insurance Company intends to offer these items into evidence at trial.

10. Please produce all communications, correspondence, documents and emails between any and all assigned adjusters and/or agents and the Plaintiff, not limited to physical or audio recordings of all conversations between Plaintiff and any and all assigned adjusters and/or agents.

11. Please produce all audio recordings or transcripts of conversations, calls, text, email or any other data sent to and from Plaintiff by any and all assigned adjusters and/or agents after their letter of representation sent by counsel.

12. Please provide copies of all marketing material sent on behalf of Republic Franklin Insurance Company and/or its agents after the date of loss of the Property, which is the subject of this suit.

13. Please provide all correspondence between Republic Franklin Insurance Company and its assigned adjuster, and all correspondence between Republic Franklin Insurance Company and its assigned agents, after the date of loss of the Property, which is the subject of this suit.

## III. INTERROGATORIES

1. Please identify any person Republic Franklin Insurance Company expects to call to testify at the time of trial.

2. Please identify the persons involved in the investigation and handling of Plaintiff's claim for insurance benefits arising from damage relating to the underlying event, claim or the Property, which is the subject of this suit, and include a brief description of the involvement of each person identified, their employer, and the date(s) of such involvement.

*Plaintiff DNJ-SS Child Care of Sulpher Springs LLC d/b/a Little Texans Learning Center's Original Petition*

Copy from re:SearchTX

**EXHIBIT B-1**

3. If Republic Franklin Insurance Company or Republic Franklin Insurance Company's representatives performed any investigative steps in addition to what is reflected in the claims file, please generally describe those investigative steps conducted by Republic Franklin Insurance Company or any of Republic Franklin Insurance Company's representatives with respect to the facts surrounding the circumstances of the subject loss. Identify the persons involved in each step.

4. Please identify by date, author, and result the estimates, appraisals, engineering, mold and other reports generated as a result of Republic Franklin Insurance Company's investigation.

5. Please state the following concerning notice of claim and timing of payment:

   a.   The date and manner in which Republic Franklin Insurance Company received notice of the claim;

   b.   The date and manner in which Republic Franklin Insurance Company acknowledged receipt of the claim;

   c.   The date and manner in which Republic Franklin Insurance Company commenced investigation of the claim;

   d.   The date and manner in which Republic Franklin Insurance Company requested from the claimant all items, statements, and forms that Republic Franklin Insurance Company reasonably believed, at the time, would be required from the claimant pursuant to the investigation; and

   e.   The date and manner in which Republic Franklin Insurance Company notified the claimant in writing of the acceptance or rejection of the claim.

---

Copy from re:SearchTX

**EXHIBIT B-1**

6.  Please identify by date, amount and reason, the insurance proceeds payments made by Defendant, or on Defendant's behalf, to the Plaintiff.

7.  Has Plaintiff's claim for insurance benefits been rejected or denied? If so, state the reasons for rejecting/denying the claim.

8.  When was the date Republic Franklin Insurance Company anticipated litigation?

9.  Have any documents (including those maintained electronically) relating to the investigation or handling of Plaintiff's claim for insurance benefits been destroyed or disposed of? If so, please identify what, when and why the document was destroyed, and describe Republic Franklin Insurance Company's document retention policy.

10. Does Republic Franklin Insurance Company contend that the insured's premises were damaged by storm-related events and/or any excluded peril?  If so, state the general factual basis for this contention.

11. Does Republic Franklin Insurance Company contend that any act or omission by the Plaintiff voided, nullified, waived or breached the insurance policy in any way? If so, state the general factual basis for this contention.

12. Does Republic Franklin Insurance Company contend that the Plaintiff failed to satisfy any condition precedent or covenant of the Policy in any way?  If so, state the general factual basis for this contention.

---

Copy from re:SearchTX

**EXHIBIT B-1**

13. How is the performance of the adjuster(s) involved in handling Plaintiff's claim evaluated?  State what performance measures are used and describe Republic Franklin Insurance Company's bonus or incentive plan for adjusters.

## **CONCLUSION**

58. Plaintiff prays that judgment be entered against Defendant Republic Franklin Insurance Company and that Plaintiff be awarded all of its actual damages, consequential damages, prejudgment interest, additional statutory damages, post judgment interest, reasonable and necessary attorney's fees, court costs and for all such other relief, general or specific, in law or in equity, whether pled or un-pled within this Original Petition.

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays it be awarded all such relief to which it is due as a result of the acts of Defendant Republic Franklin Insurance Company, and for all such other relief to which Plaintiff may be justly and rightfully entitled. In addition, Plaintiff requests the award of treble damages under the Texas Insurance Code, attorney's fees for the trial and any appeal of this lawsuit, for all costs of Court on its behalf expended, for pre-judgment and post-judgment interest as allowed by law, and for any other and further relief, either at law or in equity, to which Plaintiff may show itself to be justly entitled.

Copy from re:SearchTX

**EXHIBIT B-1**

Respectfully submitted,

*s/ Sean Patterson*

**McCLENNY MOSELEY & ASSOCIATES, PLLC**
James M. McClenny
State Bar No. 24091857
J. Zachary Moseley
State Bar No. 24092863
Sean Patterson
State Bar No. 24073546
516 Heights Boulevard
Houston, Texas 77007
Principal Office No. (713) 334-6121
Facsimile: (713) 322-5953
James@mma-pllc.com
Zach@mma-pllc.com
Sean@mma-pllc.com
**Attorneys for Plaintiff**

Copy from re:SearchTX

**EXHIBIT B-1**

## THE   STATE   OF   TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this Citation and Petition, a default judgment may be taken against you"

### CITATION   BY   CERTIFIED   MAIL

TO:   **REPUBLIC FRANKLIN INSURANCE COMPANY**
**REGISTERED AGENT: RICHARD MAYER**
**11910 GREENVILLE AVENUE, SUITE 600**
**DALLAS, TX 75243**

Greetings Defendant: You are hereby commanded to appear by filing a written answer to the Plaintiff's DNJ-SS Child Care of Sulpher Springs LLC d/b/a Little Texans Learning Center's Original Petition on or before ten o'clock a.m. (10:00 a.m.) of the Monday next after the expiration of twenty (20) days after the date of service of this citation before the Honorable 62ND JUDICIAL DISTRICT Court of Hopkins County, Texas at the Courthouse of said County in Sulphur Springs, Texas.

Said Plaintiff's Petition was filed in said court by whose address is:

SEAN PATTERSON
516 HEIGHTS BLVD.
HOUSTON, TX 77007

On the 22nd day of December A.D. 2020 in this case, numbered **CV44530** on the docket of said court and styled,

| DNJ-SS CHILD CARE OF SULPHER SPRINGS LLC D/B/A LITTLE TEXANS LEARNING CENTER | vs. | REPUBLIC FRANKLIN INSURANCE COMPANY |
| --- | --- | --- |

The nature of plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's DNJ-SS Child Care of Sulpher Springs LLC d/b/a Little Texans Learning Center's Original Petition accompanying this citation and made a part hereof.
The officer executing this writ shall promptly mail the same according to requirements of law, and the mandates thereof, and make due return as law directs.

Issued and given under my hand and seal of said Court at Sulphur Springs, Texas this the 22nd day of December A.D. 2020.

CHERYL FULCHER, CLERK
Hopkins County, Texas
282 Rosemont Street, Suite 2
Sulphur Springs, Texas 75482

ATTEST: Cheryl Fulcher, District Clerk
282 Rosemont Street, Suite 2
Sulphur Springs, Texas 75482

By ⟨signature⟩ , Deputy

CERTIFIED MAIL #
70200640000008508398

I hereby certify that on the 22nd day of December, 2020 at 4:00 o'clock P.M., I mailed to REPUBLIC FRANKLIN INSURANCE COMPANY Defendant by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached thereto

⟨signature⟩ , Deputy

**EXHIBIT B-2**



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Dallas, TX 75243

Certified Mail Fee $3.55

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $2.85
☐ Return Receipt (electronic)        $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required           $0.00
☐ Adult Signature Restricted Delivery $0.00

Postage $1.60

Total Postage and Fees $8.00

Postmark Here

12/22/2020

Sent To  Republic Franklin Ins Co  Richard Mayo
Street and Apt. No., or PO Box No.  11910 Greenville Ave Ste 600
City, State, ZIP+4  Dallas TX 75243

**FILED** CHERYL FULGHT DISTRICT CLERK HOPKINS COUNTY, TEXAS

**SENDER:** *COMPLETE THIS SECTION*

- **Complete items 1, 2, and 3.**
- **Print your name and address on the reverse so that we can return the card to you.**
- **Attach this card to the back of the mailpiece, or on the front if space permits.**

1. Article Addressed to:

Republic Franklin Insurance Co
Registered Agent: Richard Mayer
11910 Greenville Ave St 600
Dallas TX 75243

9590 9403 0856 5215 9413 82

2. Article Number *(Transfer from service label)*

7020 0640 0000 0850 8398

PS Form **3811**, April 2015 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *pf20  COVID 19*   ☐ Agent   ☐ Addressee

B. Received by *(Printed Name)*   C. Date of D

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

FILED
AT 100 o'clock  P M
DEC 23 2020
CHERYL FULCHER
DISTRICT CLERK
HOPKINS COUNTY, TEXAS

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

CV44530

Domestic Return Receipt

**EXHIBIT B-4**



**EXHIBIT B-5**



**EXHIBIT B-5**

CV44530

## CIVIL PROCESS REQUEST

Filed 3/11/2021 3:47 PM
Cheryl Fulcher
District Clerk
Hopkins County, Texas

Madison McCarrier

---

**FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING**
**FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED**

---

**CASE NUMBER:** _____   **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): __Original Petition__

**FILE DATE OF MOTION:** __3/11/2021__ _____
                            Month/        Day/        Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

1. NAME: __Republic Franklin Insurance Company__

   ADDRESS: __11910 Greenville Avenue, Suite 600, Dallas, Texas 75243-9332__

   AGENT, (*if applicable*): __Richard Mayer__

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): __Citation__

   **SERVICE BY** (*check one*):
   ☐ **ATTORNEY PICK-UP**                    ☐ **CONSTABLE**
   ☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____      Phone: _____
   ☐ **MAIL**                                ☒ **CERTIFIED MAIL**
   ☐ **PUBLICATION:**
      Type of Publication: ☐ **COURTHOUSE DOOR, or**
                           ☐ **NEWSPAPER OF YOUR CHOICE:** _____
   ☐ **OTHER,** *explain* _____

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••
••••

2. NAME: _____

   ADDRESS: _____

   AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): _____

   **SERVICE BY** (*check one*):
   ☐ **ATTORNEY PICK-UP**                    ☐ **CONSTABLE**
   ☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____      Phone: _____
   ☐ **MAIL**                                ☐ **CERTIFIED MAIL**
   ☐ **PUBLICATION:**
      Type of Publication: ☐ **COURTHOUSE DOOR, or**
                           ☐ **NEWSPAPER OF YOUR CHOICE:** _____
   ☐ **OTHER,** *explain* _____

---

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: __Sean Patterson__ _____ TEXAS BAR NO./ID NO. __24073546__

MAILING ADDRESS: __516 Heights Boulevard, Houston, TX 77007__

PHONE NUMBER: __713__      __334-6121__          FAX NUMBER: __713__   __322-5953__
                area code    phone number                      area code   fax  number

EMAIL ADDRESS: __Sean@mma-pllc.com__

Page 1 of 2

CIVC109 Revised 9/3/09

# EXHIBIT B-6

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO
CANCELLATION. FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE.
SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

INSTRUMENTS TO BE SERVED:
(Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.)

ORIGINAL PETITION
_____ AMENDED PETITION
_____ SUPPLEMENTAL PETITION

COUNTERCLAIM
_____ AMENDED COUNTERCLAIM
_____ SUPPLEMENTAL COUNTERCLAIM

CROSS-ACTION:
_____ AMENDED CROSS-ACTION
_____ SUPPLEMENTAL CROSS-ACTION

THIRD-PARTY PETITION:
_____ AMENDED THIRD-PARTY PETITION
_____ SUPPLEMENTAL THIRD-PARTY PETITION

INTERVENTION:
_____ AMENDED INTERVENTION
_____ SUPPLEMENTAL INTERVENTION

INTERPLEADER
_____ AMENDED INTERPLEADER
_____ SUPPLEMENTAL INTERPLEADER

INJUNCTION

MOTION TO MODIFY

SHOW CAUSE ORDER

TEMPORARY RESTRAINING ORDER

BILL OF DISCOVERY:
    ORDER TO: _____
                        (specify)

    MOTION TO: _____
                        (specify)

PROCESS TYPES:

NON WRIT:
CITATION
ALIAS CITATION
PLURIES CITATION
SECRETARY OF STATE CITATION
COMMISSIONER OF INSURANCE
HIGHWAY COMMISSIONER
CITATION BY PUBLICATION
NOTICE
SHORT FORM NOTICE

PRECEPT (SHOW CAUSE)
RULE 106 SERVICE

SUBPOENA

WRITS:
ATTACHMENT (PROPERTY)
ATACHMENT (WITNESS)
ATTACHMENT (PERSON)

CERTIORARI

EXECUTION
EXECUTION AND ORDER OF SALE

GARNISHMENT BEFORE JUDGMENT
GARNISHMENT AFTER JUDGMENT

HABEAS CORPUS
INJUNCTION
TEMPORARY RESTRAINING ORDER

PROTECTIVE ORDER (FAMILY CODE)
PROTECTIVE ORDER (CIVIL CODE)

POSSESSION (PERSON)
POSSESSION (PROPERTY)

SCIRE FACIAS
SEQUESTRATION
SUPERSEDEAS

Page 2 of 2

CIVCI08 Revised 9/1/00

**EXHIBIT B-6**



# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

**OFFICIAL USE**

Dallas TX 75243

Certified Mail Fee    $3.60

$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees    $8.05

$

Republic Franklin Insurance Co

Street and Apt. No. or PO Box No.
11910 Greenville Avenue Suite 600

City, State, ZIP+4®
Dallas, TX 75243

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

0482
06

Postmark
Here

03/12/2021

**EXHIBIT B-7**

## THE    STATE    OF    TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this Citation and Petition, a default judgment may be taken against you"

### CITATION   BY   CERTIFIED   MAIL

TO:    REPUBLIC FRANKLIN INSURANCE CO
       11910 GREENVILLE AVENUE
       SUITE 600
       DALLAS, TX 75243

        Greetings Defendant: You are hereby commanded to appear by filing a written answer to the ORIGINAL PETITION on or before ten o'clock a.m. (10:00 a.m.) of the Monday next after the expiration of twenty (20) days after the date of service of this citation before the Honorable 62ND JUDICIAL DISTRICT Court of Hopkins County, Texas at the Courthouse of said County in Sulphur Springs, Texas. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org

Said Plaintiff's Petition was filed in said court by whose address is:

SEAN PATTERSON
516 HEIGHTS BLVD.

HOUSTON, TX 77007

On the 22nd day of December, 2020 in this case, numbered **CV44530** on the docket of said court and styled,

**DNJ-SS CHILD CARE OF SULPHER INSURANCE SPRINGS LLC D/B/A LITTLE TEXANS LEARNING CENTER**          **vs.**          **REPUBLIC FRANKLIN COMPANY**

The nature of plaintiff's demand is fully shown by a true and correct copy of the ORIGINAL PETITION accompanying this citation and made a part hereof.
The officer executing this writ shall promptly mail the same according to requirements of law, and the mandates thereof, and make due return as law directs.

Issued and given under my hand and seal of said Court at Sulphur Springs, Texas this the 12th day of March, 2021.

CHERYL FULCHER, CLERK                   ATTEST: Cheryl Fulcher, District Clerk
Hopkins County, Texas                            282 Rosemont Street, Suite 2
282 Rosemont Street, Suite 2                     Sulphur Springs, Texas 75482
Sulphur Springs, Texas 75482
                                         By _Madison McCamier_ Deputy

CERTIFIED MAIL #
7015 1730 0001 5655 0185                 I hereby certify that on the 12th day
                                         of March, 2021 at 4:00
                                         o'clock P.M., I mailed to REPUBLIC FRANKLIN
        INSURANCE CO
                                         Defendant by registered mail or certified mail,
                                         with delivery restricted to addressee only,
                                         return receipt requested, a true copy of this
                                         citation with a copy of the petition attached thereto

                                         By _Madison McCamier_, Deputy

## EXHIBIT B-8

CAUSE NO.   **CV44530**

THE STATE OF TEXAS:

ATTORNEY FOR PLAINTIFF OR DEFENDANT

**CHERYL FULCHER – DISTRICT CLERK**
**282 ROSEMONT STREET, SUITE 2**
**SULPHUR SPRINGS, TX 75482**

**SEAN PATTERSON**
**516 HEIGHTS BLVD.**

**HOUSTON, TX 77007**

### CITATION FOR PERSONAL SERVICE

TO: **REPUBLIC FRANKLIN INSURANCE CO**
    **11910 GREENVILLE AVENUE**
    **SUITE 600**
    **DALLAS, TX 75243**

**REGISTERED AGENT:**

**Richard Mayer**

**DEFENDANT:**
You are hereby commanded to appear before the **62ND JUDICIAL DISTRICT** Court of Hopkins County, Texas, to be held at the Courthouse of said County in the City of Sulphur Springs, Hopkins County, Texas, by filing a written answer to the petition of plaintiff's on or before 10:00 A.M. of the Monday next after the expiration of 20 days after the date of service hereof a copy of which accompanies this citation, in Cause No. **CV44530**

| | | |
|---|---|---|
| **DNJ-SS CHILD CARE OF SULPHER INSURANCE SPRINGS LLC D/B/A LITTLE TEXANS LEARNING CENTER** | VS | **REPUBLIC FRANKLIN COMPANY** |

Filed in said Court on 22nd day of December, 2020.

**NOTICE TO DEFENDANT:** You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

WITNESS, CHERYL FULCHER, DISTRICT CLERK OF THE DISTRICT COURT OF HOPKINS COUNTY, TEXAS.

Issued and given under my hand and seal of said Court at office, this the 18th day of March A.D., 2021.

CHERYL FULCHER – DISTRICT CLERK
HOPKINS COUNTY, TEXAS

_____, Deputy

---

### OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock __.M., on the __ day of _____, ___. Executed at _____ in _____ County at _____ o'clock __.M. on the ___ day of _____, 20___, by delivering to the within named _____, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

TOTAL SERVICE FEE $ _____

_____, Sheriff/Const
_____County, Texas
By: _____
Sheriff/Constable/Deputy/PPS

**EXHIBIT B-9**

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Republic Franklin
Insurance Co.
11910 Greenville Av.
Suite 600
Dallas, TX 75243

9590 9403 0856 5215 9401 25

2. Article Number *(Transfer from service label)*

7015 1730 0001 5655 0185

PS Form 3811, April 2015 PSN 7530-02-000-9053     CV44530

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X Re 72 COVID 19

□ Agent
□ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

AT 148 o'clock PM

FILED

MAR 22 2021

CHERYL FULCHER
**DISTRICT CLERK**
**HOPKINS COUNTY, TEXAS**

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:  □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
☒ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery (over $500)

☒ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

**Domestic Return Receipt**

**EXHIBIT B-10**

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**Certified Mail Fee**
$

**Extra Services & Fees** *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

**Postage**
$

**Total Postage and Fees**
$8.05

Postmark
Here

**Sent To** Republic Franklin Insurance Co. Richard Mayer Reg. Agent
**Street and Apt. No., or PO Box No.** 11910 Greenville Avenue
**City, State, ZIP+4®** Dallas, Tx 75243

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7015 1730 0001 5655 0178