IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DNJ-SS CHILD CARE OF SULPHER SPRINGS LLC D/B/A LITTLE TEXANS LEARNING CENTER | § § § § | |
| *Plaintiff*, | § § | |
| V. | § § | CIVIL ACTION NO. 4:21-cv-00375-ALM |
| REPUBLIC FRANKLIN INSURANCE COMPANY, | § § § § | |
| *Defendant*. | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff DNJ-SS Child Care of Sulpher Springs LLC D/B/A Little Texans Learning Center ("Plaintiff") and Defendant Republic Franklin Insurance Company ("Defendant") hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiff's claims against Defendant are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED this the 2nd day of March, 2022.

*[Signature of counsel appears on the following page]*

Respectfully submitted,

| | |
|---|---|
| */s/ Sean Patterson\** | */s/ Daniel P. Buechler* |
| James M. McClenny | Daniel P. Buechler |
| State Bar No. 24091857 | Texas Bar No. 24047756 |
| J. Zachary Moseley | dbuechler@thompsoncoe.com |
| State Bar No. 24092863 | Matthew J. Kolodoski, |
| Sean Patterson | Texas Bar No. 24081963 |
| State Bar No. 24073546 | mkolodoski@thompsoncoe.com |
| | |
| McClenny Moseley & Associates, PLLC | Thompson, Coe, Cousins & Irons, L.L.P. |
| 1415 Louisiana St., Suite 2900 | 700 North Pearl Street, 25th Floor |
| Houston, Texas 77002 | Dallas, Texas 75201 |
| Principal Office No. (713) 334-6121 | Telephone: (214) 871-8200 |
| Facsimile: (713) 322-5953 | Facsimile: (214) 871-8209 |
| James@mma-pllc.com | |
| Zach@mma-pllc.com | **COUNSEL FOR DEFENDANT** |
| Sean@mma-pllc.com | **REPUBLIC FRANKLIN INSURANCE COMPANY** |

**COUNSEL FOR PLAINTIFF DNJ-SS CHILD CARE OF SULPHER SPRINGS LLC D/B/A LITTLE TEXANS LEARNING CENTER**

*Signed with permission*

## CERTIFICATE OF SERVICE

This is to certify that on March 2, 2022, a copy of this document was served on all Counsel of Record via electronic notice to:

James M. McClenny
J. Zachary Moseley
Sean Patterson
McClenny moseley & associates, PLLC
1415 Louisiana St., Suite 2900
Houston, Texas 77002
James@mma-pllc.com
Zach@mma-pllc.com
Sean@mma-pllc.com
Attorneys for Plaintiff DNJ-SS Child Care of Sulpher Springs LLC d/b/a Little Texans Learning Center

                                                                              */s/ Matthew J. Kolodoski*
                                                                              Matthew J. Kolodoski