IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DNJ-SS CHILD CARE OF SULPHER SPRINGS LLC D/B/A LITTLE TEXANS LEARNING CENTER | § § § § | |
| *Plaintiff*, | § § | |
| V. | § § | CIVIL ACTION NO. 4:21-cv-00375-ALM |
| REPUBLIC FRANKLIN INSURANCE COMPANY, | § § § § | |
| *Defendant*. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiff DNJ-SS Child Care of Sulpher Springs LLC D/B/A Little Texans Learning Center's and Defendant Republic Franklin Insurance Company's *Joint Stipulation of Dismissal With Prejudice*, is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff DNJ-SS Child Care of Sulpher Springs LLC D/B/A Little Texans Learning Center's claims against Defendant Republic Franklin Insurance Company are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

IT IS SO ORDERED.

SIGNED this 3rd day of March, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE